## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:                                          :
                                                :
**Jonathan D. Dennis,**                         :   Case No. 10-61027
**Nelia N. Dennis,**                            :   Chapter 13
                              Debtors.   :   Judge Preston

### NOTICE OF CHANGE OF ADDRESS FOR DEBTORS

Now come Debtors, **Jonathan and Nelia Dennis**, by and through counsel, and notify the Court as to a change in their mailing address from that listed in the petition, to the following, effective immediately:

2443 Sandbury Boulevard
Columbus,  Ohio  43235

Respectfully submitted,

/s/  Crystal I. Zellar
Crystal I. Zellar  (#0038785)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Oh 43701
Telephone:  (740) 452-8439
Facsimile:  (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

### CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2015**, a copy of the foregoing **Notice of Change of Address of Debtors** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee                          Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Jonathan & Nelia Dennis
2443 Sandbury Blvd
Columbus  OH  43235

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors